UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14CR111-FDW |
|---|---|---|
| v. | ) ) ) | ORDER |
| JOSE IVAN HERNANDEZ | ) ) | |

UPON MOTION of the United States without opposition from the Defendant, and for the ends of justice, the Court continues this matter to the next criminal term of this Court, beginning January 4, 2016. The Court will entertain joint suggested dates for a preemptory setting for trial in January and/or early February.

Frank D. Whitney
Chief United States District Judge